Filed 8/2/13  P. v. Parker CA2/8

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

| | |
|---|---|
| THE PEOPLE, | B245059 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. YA 079401) |
| v. | |
| CHARLIE PARKER, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Steven R. Van Sicklen, Judge.  Affirmed.

Joy A. Maulitz, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

\* \* \* \* \* \*

After the trial court denied his motion to suppress evidence, defendant Charlie Parker pled no contest to charges of being a felon in possession of a firearm and of driving with a blood alcohol level greater than 0.08 percent. Pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), defendant's counsel filed an opening brief requesting that this court review the record and determine whether any arguable issues exist on appeal. We have reviewed the entire record and find no arguable issue. We affirm.

## FACTS AND PROCEDURE

In an eight-count amended information, defendant was charged with two counts of possession of a firearm by a felon, possession of a concealed weapon in his vehicle, possession of ammunition by a felon, carrying a loaded firearm, resisting a peace officer, driving under the influence of alcohol, and driving while having a 0.08 percent or higher blood alcohol content. A prior serious or violent felony was alleged and two prior convictions for which defendant did not remain free from custody for a period of five years were alleged.

Defendant initially pled not guilty. Defendant filed a motion to suppress evidence pursuant to Penal Code section 1538.5 based on the contention that he was searched without probable cause.

At a hearing on defendant's motion to suppress, Officer Eric Williams testified that at approximately 3:00 a.m. on October 20, 2010, he observed defendant driving erratically. Defendant swerved from the number 3 lane into the number 1 lane and then back to the number 3 lane. Defendant did not signal any of his lane changes. Defendant was speeding. After defendant was stopped, Williams's partner began administering field sobriety tests. Defendant fled. Defendant was located and his blood was collected. A nine-millimeter handgun was found in defendant's vehicle.

The trial court denied defendant's motion to suppress. Defendant changed his plea to no contest for the following two charges: being a felon in possession of a firearm and driving with a blood alcohol level of greater than 0.08 percent. The parties agreed that defendant would receive a four-year state prison sentence in return for his plea.

2

Defendant was sentenced to four years in state prison.  The court dismissed the remaining allegations in the interest of justice.

## DISCUSSION

Having reviewed the entire record, we are satisfied that counsel has fully complied with her responsibilities and no arguable issue exists.  (*People v. Kelly* (2006) 40 Cal.4th 106, 123-124; *Wende, supra*, 25 Cal.3d at p. 441.)

## DISPOSITION

The judgment is affirmed.


FLIER, J.

WE CONCUR:


BIGELOW, P. J.


GRIMES, J.